**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:24-cr-00042 |
| Plaintiff, | |
| vs. | (JUDGE MCFARLAND) |
| RICHARD AGYEMANG, | **SENTENCING MEMORANDUM IN SUPPORT OF RICHARD AGYEMANG** |
| Defendant. | |

The understandable reaction to the heart wrenching stories of the victims of the fraud perpetrated in this case is anger, and a desire to inflict swift punishment. The difficult task is to come back to the fact Richard did not participate in the fraud, knew nothing of the fraud and given his life, most likely would not have moved the money had its source been shared with him.

There is no one else for the victims to focus on in this case except Richard. The government has not been able to locate or identify or charge those who stole the money. The same faceless people who depleted the life savings and retirement money from the victims are the ones who are spending it while Richard works 40-50 hours or more a week to support his family here and in Ghana. It understandable why they seek retribution, and advocate for a harsh sentence. He is the face of the faceless thieves. But he did not know the crimes being committed.

Richard is a citizen. Richard's children are citizens. Richard has no history of criminal behavior before this offense. He is a hard-working man. He is involved in his community. He

is the sole caretaker of his two children.  He is involved in his church.  He is a person who has a long record of helping others.  The letter in support of Richard go beyond describing a kind gentle man.  They describe acts of generosity which are selfless and inspiring.  His acts of kindness are lifechanging for some.   They are a clear indication had he been told the source of the funds he laundered, he would not have been a willing participant.

The analogy of a "drug mule" is a fair one to make.  Powerful drug traffickers seek vulnerable people to do the "heavy lifting" and be the most exposed to prosecution should law enforcement get involved. The kingpins distance themselves from the delivery, distribution and money laundering aspects of their criminal enterprise.  Mules given packages of ill-gotten proceeds are not told where the money came from.  They can guess. But they do not know.   The contacts the mules have are also expendable and most likely not around when a crime has been uncovered. Mules are always provided with an opportunity to cooperate with prosecution and law enforcement.  But because their information is purposely limited, their knowledge restricted, their information has little value to warrant significant assistance.  In most cases, the rich and powerful criminals behind the offenses are in other jurisdictions, protected by local authorities or private security and have no direct link to the person named in the indictment.

So, it is with Richard.  He offered immediate cooperation through counsel.  He provided truthful and complete assistance.  He brough names and numbers. He identified pictures shown to him.  Upon learning the source of the money he laundered, he is saddened, remorseful and ashamed.  He has been shunned in his church, community and his family home in Ghana has been shammed.  His information was predictably labeled insufficient to warrant true consideration of mitigation. Not because he knows more than he shared but because what he knows is of little use.  Richard did not know this when he sat down.  He did not know the names,

numbers and identities he possessed were already known to law enforcement.  He did the best he could.  And like the drug mule he is left alone to face the consequences for all that occurred.

Much like the drug mule, Richard was compensated.  In contrast to the risk the compensation was not proportional to the crime.  Moving millions of dollars of drug money, or millions of dollars taken into a fraud scheme for the thousands received seems hardly worth the risk.  But given the situations of those approached by the criminal network, the risk is always minimized.  "Just this one time", "This will help your family", "You don't need to know where this came from".

The letters of support speak of a Richard are not known to the victims in this case.  The sole caretaker of his two children.  Children here adjusting to a new and different life.  A Richard who is dedicated to his faith and church.  The victims do not know he has acted in perfect compliance with pretrial services and the electronic monitoring.   The victims are not aware of the physical pain endured when his diabetes and swelling have caused intolerable pain while wearing the bracelet.   The shame he has felt and isolation he has suffered within his cultural community here.   The victims of the fraud only know he participated in their misery, their pain and their suffering.  He is the only one they have been permitted to focus on in this widespread crime network operating in the shadows of electronic communication.

When meeting Richard, you meet a man who is humble, trusting and so very nice.  His eyes light up when speaking about his children.  A mention of them brings a smile to his face.  He is not inquisitive.  He is not critical.  He is trusting.  Especially in his community and with those who share a common bond.  Richard was known as a hardworking, trusting man with a deep sense of family and national pride.  It was well known he sent money back to Ghana for family and friends when he could.  He was motivated to help others.  His was not motivated by

greed.  His home, his belongings and his finances all confirm he is not a greedy man.  He loves this country and did not come here to take advantage of others but to work hard, make money and help his family.

Richard has been dealing with the shame he has brought onto himself and his family.  He has dealt with some episodes of deep depression due to many factors; shame, the prospect of prison (leaving his two children to the care of others) and related consequences. He has buried himself in his work as a respiratory therapist and a father.

The amount of loss is substantial.  Richard can never earn enough money in his lifetime to meet the obligations which await him.  But this level of fraud and theft is not beyond what this court and this community has seen in the past.

According to the Sentencing Commission data more than a third of all money laundering offenses involve a loss amount of the range of this case or a level 28 after adjustments.  Over 70% of the defendants are in Category I.  A fact which makes sense as those accumulating the ill-gotten proceeds are looking for individuals with no criminal background to launder their funds. A conviction for a §1956 offense is much more common than the sophisticated §1957 but then is equalized by the application of §2S1.1(b)(2)(B).

What is unusual and worthy of consideration with Richard is who he is, his characteristics, the special economic harm suffered by his family as his wife is stuck in Ghana, ill and unable to join her family her.  Richard's immediate attempts to assist in the location and identification of those defrauding the lonely, vulnerable and desperate.  His exceptional behavior while monitored, restricted and reporting. His giving nature helps those around him outside of his own family.

Respectfully, a sentence which permits a halfway house placement and a lengthy period of supervised released will comply with the mandates of §3553.

Respectfully Submitted,

*/s/WILLIAM R. GALLAGHER*
WILLIAM R. GALLAGHER (0064683)
ARENSTEIN & GALLAGHER
2115 Luray Avenue
Cincinnati, Ohio 45206
Telephone: (513) 651-5666
Fax: (513) 651-5688
Bill@arensteingallagher.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Prosecuting Attorney this 27 day of February 2026.

`

*/s/WILLIAM R. GALLAGHER*
WILLIAM R. GALLAGHER (0064683)